# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JYMAL PIERRE JENKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1621

_____

May 24, 2024

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Jymal P. Jenkins, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior publication.